UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Palmetto Interstate Development II, Inc. | ) | CASE NO. 23-01102-EG |
| 913 Third Avenue, Conway, SC 29526 | ) | |
| | | |
| TAX ID #47-1094602 | ) | |
| | ) | |
| _____ | ) | |

### CLARIFICATION OF MATTER INVOLVING MOTION TO DISMISS AND RESPONSE THERETO

On May 26, 2023, Summit Shores Lender, LLC filed a Motion To Dismiss this Chapter 11 case. On May 26, 2023, Summit filed an Amended Motion to Dismiss this Chapter 11 Case mirroring its original Motion, however adding 9 additional pages thereto. On June 16, 2023, the debtor in possession, filed its Response to the Motion to Dismiss the Chapter 11 case. The purpose of filing this pleading is to make the point that the Debtor's Response to the Motion to Dismiss is also a Response to the Amended Motion to Dismiss.

Respectfully submitted

/S/ ROBERT H COOPER   /? HC

Robert H. Cooper DCID 5670
THE COOPER LAW FIRM
Attorneys for the Debtor(s)
150 Milestone Way, Ste B
Greenville SC  29615
Telephone: (864) 271-9911
Facsimile: (864) 232-5236

Dated this 26th day of June, 2023

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

Palmetto Interstate Development II, Inc.

Debtor in possession

CASE NO: 23-01102-hb

CHAPTER 11

## CERTIFICATE OF MAILING

I hereby certify that I did on the date stated below serve the document titled "Clarification of Matter Involving Motion to Dismiss and Response Thereto". The following parties were served via the Clerk's ecf system:

Tara Nauful, Esquire
Best Law, PA
For Creditor Summit Shores Lender, LLC
P.O. Box 2374
Mt. Pleasant, SC
29465

The following parties were served via United States Mail with sufficient postage affixed thereto:

James Marshall Biddle, Esquire
913 Third Avenue
Conway, SC
29526

Leonard Ray Watts
P.O. Box 642

Myrtle Beach, SC
29578-0642

Robert H Cooper, Esquire
The Cooper Law Firm
150 Milestone Way, Suite B
Greenville, SC 29615
(864) 271-9911

Dated this 26th day of June, 2023